UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORRIS-SHEA BRIDGE COMPANY,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01725-JLT-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**Scheduling Conference: June 18, 2024<br>　　　　　　　　　　　　　9:00 AM<br>　　　　　　　　　　　　　Courtroom 8 (BAM)** |

On December 21, 2023, Defendant filed a motion to dismiss. (Doc. 4.) The motion was referred to Magistrate Judge Barbara A. McAuliffe on February 21, 2024, and was taken under submission pursuant to Local Rule 230(g). (Doc. 11.)

///
///
///
///
///
///
///
///
///

1

Due to the current status of this case, the Scheduling Conference currently set for March 19, 2024, is continued to **June 18, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report one full week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **March 12, 2024**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE