UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MORRIS-SHEA BRIDGE COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-01725-JLT-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**Scheduling Conference: August 22, 2024**<br>**9:00 AM**<br>**Courtroom 8 (BAM)** |

On December 21, 2023, Defendant filed a motion to dismiss. (Doc. 4.) On April 22, 2024, following referral, the undersigned issued Findings and Recommendations regarding the motion to dismiss. (Doc. 14.) Those Findings and Recommendations remain pending. Accordingly, due to the status of this case, the Scheduling Conference currently set for June 18, 2024, is continued to **August 22, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one full week prior to the conference. The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

  Dated:   **May 9, 2024**              /s/ *Barbara A. McAuliffe*            
                                              UNITED STATES MAGISTRATE JUDGE

1