UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORRIS-SHEA BRIDGE COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 1:23-cv-01725-JLT-BAM<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ADVANCE SCHEDULING CONFERENCE WITHOUT PREJUDICE**<br><br>(Doc. 26.) |

　　Currently before the Court is Plaintiff Sergio Alvarez's motion requesting an "earlier court day" because "a court hearing for 8/12/24 . . . "was changed" without a 10-day notice. (Doc. 26.)

　　According to the case docket, the only matter set before the Court in August 2024 was a Scheduling Conference, which was continued to December 12, 2024. (*See* Docs. 24, 25.)  The Court therefore construes Plaintiff's motion for an " earlier court day" as a motion to advance the Scheduling Conference.  However, the Court continued the Scheduling Conference to December 12, 2024, because Findings and Recommendations regarding dismissal of this action remained pending. (Doc. 24.)  To date, those Findings and Recommendations remain pending.  Accordingly, Plaintiff's request to advance the Scheduling Conference currently set for December 12, 2024, is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

　　Dated:   **September 16, 2024**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1